No. 593. G. W. Coffee et al. *v.* Joseph F. Gray, Receiver of the Tallulah Falls Railway Co. et al. Error to the Supreme Court of the State of Georgia. Motion to dismiss or affirm submitted April 20, 1925. Decided May 25, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *South Carolina* v. *Seymour,* 153 U. S. 353; *United States ex rel. Taylor* v. *Taft,* 203 U. S. 461, 464, 465; *United States ex rel. Champion Lumber Co. v. Fisher,* 227 U. S. 445; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162. *Messrs. S. R. Prince, L. E. Jeffries* and *Sanders McDaniel* for defendants in error in support of the motion. *Mr. Hooper Alexander* for plaintiffs in error in opposition to the motion.

---

No. 1155. George Cox *v.* The State of Florida; and No. 1156. Walker Bryant *v.* The State of Florida. Error to the Supreme Court of the State of Florida. Decided May 25, 1925. *Per Curiam.* Dismissed for want of jurisdiction *ex mero motu,* upon the authority of § 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. Motion to proceed as poor persons denied. *Mr. W. D. Bell* for plaintiffs in error. No appearance for defendant in error.

---

No. 13, Original. The State of Oklahoma *v.* The State of Texas, The United States, Intervener. Filed May 25, 1925. Final report of receiver received and filed, on motion of *Mr. John Spalding Flannery,* in that behalf.